1  ADLESON, HESS & KELLY
   A Professional Corporation
2  Phillip M. Adleson, Esq. (CSB # 69957)
   Duane W. Shewaga, Esq., CSB# 116837
3  577 Salmar Avenue, Second Floor
   Campbell, California 95008
4  Telephone: (408) 341-0234
   Facsimile: (408) 341-0250
5
   Attorneys for Plaintiff,
6  PLM Lender Services, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        (San Francisco Division)

11 PLM LENDER SERVICES, INC., a California        Case No. C 05-04212-EMC
   corporation,
12                                                STIPULATION TO CONTINUE
                    Plaintiff,                    CASE SCHEDULE DEADLINES
13                                                AND CASE MANAGEMENT
              v.                                  CONFERENCE AND ORDER
14
   KATHLEEN E. GIOLETTI, ROBERT VARDANEGA,
15 MEI N. XU, CALIFORNIA FRANCHISE TAX BOARD,
   TRANSWORLD SYSTEMS, INC., a California
16 corporation, NORTH AMERICAN CAPITAL GROUP,
   a California corporation, THE UNITED STATES
17 INTERNAL REVENUE SERVICE, and BYRON
   MCBROOM,
18
                    Defendants.
19 _____/

20         COMES NOW, Plaintiff PLM Lender Services, Inc. ("PLM"), and defendants Robert

21 Vardanega, Mei N. Xu, California Franchise Tax Board and The United States Internal

22 Revenue Service, who stipulate to an order continuing the case management conference set

23 in the above-entitled matter from February 15, 2006 at 1:30 p.m. to May 3, 2006 at 1:30 p.m.

24 in Courtroom C, 15th floor, and in support of said stipulation state as follows:

25         1.     On October 18, 2005, PLM filed its interpleader action and deposited with this

26 Court the surplus proceeds from a trustee's sale it conducted against which multiple parties

27 were making claims. PLM has served all claimants to the surplus proceeds, who are

28 defendants in the above-entitled, other than North American Capital Group. North American

Capital Group is purportedly a judgment creditor of a former owner on title to the property, which was foreclosed. Defendant Byron McBroom withdrew his claim and has been dismissed.

2. On or about October 24, 2005, PLM's counsel forwarded to North American Capital Group's counsel a copy of the Summons and Complaint and a request to waive service. PLM's counsel received no response. Subsequently, PLM's counsel attempted to have the Complaint personally served upon Daniel Robert Radvansky, North American Capital Group's agent for service of process. He is also listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of the corporation in its corporate designation. The attempt to serve him at the address listed pursuant to the corporate information filed by North American Capital Group with the Secretary of State's Office was ineffective. PLM's process server was advised that Mr. Radvansky had moved to an undisclosed address in Florida. No new address was provided to PLM's process server. PLM has subsequently applied to this court to allow service upon North American Capital Group, through service upon the California Secretary of State, pursuant to California Corporation's Code section 1702(a). PLM is awaiting the order of the court.

3. As North American Capital Group has not yet been effectively served and as the parties are still awaiting responses to the complaint from defendants Kathleen Gioletti and TransWorld Systems, the parties who have appeared request that the court's order setting initial case management conference be amended to set new deadlines by an additional three months, and a new case management conference for May 3, 2006. Counsel for the claimants who have appeared, the Franchise Tax Board, the IRS, Robert Vardanega and Mei N. Xu, have met and conferred and discussed the claims and defenses in the case, as well as possible Alternate Dispute Resolution. The parties who have appeared believe this case may be resolved by trial through stipulated facts, or through a summary judgment motion,

///
///
///

1  and that any other form of ADR would not be cost-effective or helpful, but without the other
2  parties' counsel being involved, it is premature at this time to agree to a form of ADR.

3  Dated: January 16, 2006          ADLESON, HESS & KELLY, APC

5                                   By: _____
                                         Duane W. Shewaga, Esq.
6                                        Attorneys for Plaintiff,
                                         PLM Lender Services, Inc.

8  Dated: January ___, 2006

10                                  By: _____
                                         Dena R. Thaler, Esq.
11                                       Attorney for Defendants Robert
                                         Vardanega and his wife Mei N. Xu.

13 Dated: January ___, 2006         ATTORNEY GENERAL, STATE OF CALIFORNIA

15                                  By: _____
16                                       Scott T. Fleming, Esq.
                                         Attorneys for Defendant Franchise Tax Board.

18 Dated: January ___, 2006         U.S. ATTORNEY'S OFFICE

20                                  By: _____
21                                       Jay R. Weill, Esq,, Attorneys for
                                         Defendant U.S. Internal Revenue Service

and that any other form of ADR would not be cost-effective or helpful, but without the other parties' counsel being involved, it is premature at this time to agree to a form of ADR.

Dated: January 16, 2006            ADLESON, HESS & KELLY, APC

                                   By: _____
                                       Duane W. Shewaga, Esq.
                                       Attorneys for Plaintiff,
                                       PLM Lender Services, Inc.

Dated: January 18, 2006

                                   By: _____
                                       Dena R. Thaler, Esq.
                                       Attorney for Defendants Robert
                                       Vardanega and his wife Mei N. Xu.

Dated: January ___, 2006           ATTORNEY GENERAL, STATE OF CALIFORNIA

                                   By: _____
                                       Scott T. Fleming, Esq.
                                       Attorneys for Defendant Franchise Tax Board.

Dated: January ___, 2006           U.S. ATTORNEY'S OFFICE

                                   By: _____
                                       Jay R. Weill, Esq., Attorneys for
                                       Defendant U.S. Internal Revenue Service

1 | and that any other form of ADR would not be cost-effective or helpful, but without the other
2 | parties' counsel being involved, it is premature at this time to agree to a form of ADR.

3 | Dated: January 16, 2006                    ADLESON, HESS & KELLY, APC

5 |                                            By: _____
                                                   Duane W. Shewaga, Esq.
6 |                                                Attorneys for Plaintiff,
                                                   PLM Lender Services, Inc.

8 | Dated: January ___, 2006

10 |                                           By: _____
                                                   Dena R. Thaler, Esq.
11 |                                               Attorney for Defendants Robert
                                                   Vardanega and his wife Mei N. Xu.

13 | Dated: January 18, 2006                   ATTORNEY GENERAL, STATE OF CALIFORNIA

15 |                                           By: _____
16 |                                               Scott T. Fleming, Esq.
                                                   Attorneys for Defendant Franchise Tax Board.

18 | Dated: January ___, 2006                  U.S. ATTORNEY'S OFFICE

20 |                                           By: _____
21 |                                               Jay R. Weill, Esq., Attorneys for
                                                   Defendant U.S. Internal Revenue Service

1 | and that any other form of ADR would not be cost-effective or helpful, but without the other
2 | parties' counsel being involved, it is premature at this time to agree to a form of ADR

3 | Dated: January 16, 2006              ADLESON, HESS & KELLY, APC

5 |                                     By: _____
6 |                                         Duane W. Shewaga, Esq.
                                            Attorneys for Plaintiff,
7 |                                         PLM Lender Services, Inc.

8 | Dated: January ___, 2006

10 |                                    By: _____
11 |                                        Dena R. Thaler, Esq.
                                            Attorney for Defendants Robert
12 |                                        Vardanega and his wife Mei N. Xu.

13 | Dated: January ___, 2006            ATTORNEY GENERAL, STATE OF CALIFORNIA

16 |                                    By: _____
                                            Scott I. Fleming, Esq.
17 |                                        Attorneys for Defendant Franchise Tax Board.

18 | Dated: January 17, 2006              U.S. ATTORNEY'S OFFICE

21 |                                    By: _____
                                            Jay R. Weill, Esq., Attorneys for
22 |                                        Defendant U.S. Internal Revenue Service

Case No. C 05-04212-MMC    Stipulation and Order to Continue Case Schedule Deadlines & CMC        Page 3

## ORDER

Pursuant to the stipulation of the parties who have appeared in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference set in the above-entitled matter for February 15, 2006 at 1:30 p.m. pursuant to the Court's prior order setting initial case management conference be continued to May 3, 2006 at 1:30 p.m., and hereby is amended as follows:

| Date | Event | Rule |
|---|---|---|
| 03/24/2006 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan. | FRCivP 26(f) & ADR LR 3-5 |
| 03/24/2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. | Civil L.R. 16-8 |
| 04/26/2006 | Last Day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report. | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 05/03/2006 | Case Management Conference in Ctrm C, 15th Floor at 1:30 p.m. | Civil L.R. 16-10 |

Dated: January 23, 2006

THE HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE