1  ADLESON, HESS & KELLY
   A Professional Corporation
2  Phillip M. Adleson, Esq. (CSB # 69957)
   Duane W. Shewaga, Esq., CSB# 116837
3  577 Salmar Avenue, Second Floor
   Campbell, California  95008
4  Telephone:  (408) 341-0234
   Facsimile:  (408) 341-0250
5
   Attorneys for Plaintiff,
6  PLM Lender Services, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  (San Francisco Division)

11 PLM LENDER SERVICES, INC.,           Case No.  C 05-04212-EMC
   a California corporation,
12                                      **STIPULATION TO CONTINUE
              Plaintiff,                CASE SCHEDULE DEADLINES
13                                      AND CASE MANAGEMENT
       v.                               CONFERENCE AND ORDER**
14
   KATHLEEN E. GIOLETTI, ROBERT VARDANEGA,
15 MEI N. XU, CALIFORNIA FRANCHISE TAX BOARD,
   TRANSWORLD SYSTEMS, INC., a California
16 corporation, NORTH AMERICAN CAPITAL GROUP,
   a California corporation, THE UNITED STATES
17 INTERNAL REVENUE SERVICE, and BYRON
   MCBROOM,
18
              Defendants.
19 _____/

20     COMES NOW, Plaintiff PLM Lender Services, Inc. ("PLM"), and defendants Robert

21 Vardanega and Mei N. Xu, the only remaining parties with an interest in the funds interplead

22 in the above-entitled matter, who stipulate to an order continuing the case management

23 conference set in the above-entitled matter from May 3, 2006 at 1:30 p.m. to July 19, 2006 in

24 Courtroom C, 15th floor, and continuing the case schedule deadlines, and in support of said

25 stipulation state as follows:

26     1.     On October 18, 2005, PLM filed its interpleader action and deposited with this

27 Court the surplus proceeds from a trustee's sale it conducted against which multiple parties

28 were making claims.  PLM has served all claimants to the surplus proceeds, who are

defendants in the above-entitled. Plaintiff and the defendants appearing in the action previously conducted a meet and confer conference pursuant to FRCivP 26(f) & ADR LR 3-5 which subsequently resulted in a resolution of the claims of the California Franchise Tax Board and the IRS against the deposited funds, who agreed to withdraw their claims.

2. Defendants the California Franchise Tax Board, the United States Internal Revenue Service, Byron McBroom, North American Capital Group, and TransWorld Systems, Inc., have all withdrawn their claims from the funds on deposit with the court. Defendant Kathleen E. Gioletti's default was entered on February 2, 2006. Her counsel indicated that Ms. Gioletti did not intend to pursue any claim against the surplus proceeds.

3. PLM and the remaining defendants Robert Vardanega, Mei N. Xu anticipate that the matter can be resolved through stipulated judgment.

Dated: March 10, 2006

ADLESON, HESS & KELLY, APC

By: _____
Duane W. Shewaga, Esq.
Attorneys for Plaintiff,
PLM Lender Services, Inc.

Dated: March 10, 2006

By: _____
Dena R. Thaler, Esq.
Attorney for Defendants Robert
Vardanega and his wife Mei N. Xu.

Case No. C 05-04212-EMC    Stipulation and Order to Continue Case Schedule Deadlines & CMC

TOTAL P.02

## ORDER

Pursuant to the stipulation of the parties who have appeared in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference set in the above-entitled matter for May 3, 2006 at 1:30 p.m., pursuant to the Court's prior order setting initial case management conference be continued to July 19, 2006 at 1:30 p.m., and hereby is amended as follows:

| | | |
|---|---|---|
| 05/24/2006 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference. | Civil L.R. 16-8 |
| 06/26/2006 | Last Day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report. | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 7/19/06 | Case Management Conference in Ctrm C, 15th Floor at 1:30 p.m. | Civil L.R. 16-10 |

7/12/06 - Joint Case Manaagement Conference Statement due

Dated: _____March 15, 2006_____



THE HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2D Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. C 05-04212-EMC    Stipulation and Order to Continue Case Schedule Deadlines & CMC    Page 3