ADLESON, HESS & KELLY
A Professional Corporation
Phillip M. Adleson, Esq. (CSB # 69957)
Duane W. Shewaga, Esq. CSB# 116837
577 Salmar Avenue, Second Floor
Campbell, California  95008
Telephone:  (408) 341-0234
Facsimile:  (408) 341-0250

Attorneys for Plaintiff, PLM Lender Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| PLM LENDER SERVICES, INC.,<br>a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>KATHLEEN E. GIOLETTI, et al,<br><br>         Defendants.<br>_____/ | Case No.  C 05-04212-~~EMC~~ MMC<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT KATHLEEN E. GIOLETTI FOR DISMISSAL** |

The court having taken Defendant Kathleen E. Gioletti's default on February 2, 2006, and finding good cause, hereby grants plaintiff PLM Lender Services, Inc.'s, motion to enter a default judgment against defendant Kathleen E. Gioletti, as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that defendant Kathleen E. Gioletti has no right, title, or interest in the funds on deposit with the court in the above-entitled action and she shall be dismissed from this action with prejudice.  No costs or attorney's fees award shall be entered against this defendant personally.

DATED: March 31, 2006

_____
~~HONORABLE EDWARD M. CHEN~~
~~UNITED STATES MAGISTRATE JUDGE~~
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE